**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

LUIS ANGEL DEL SOL SACARIAS,

     Petitioner,

v.

TODD LYONS, Acting Director of Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; WARDEN, Cibola County Correctional Center; MARY DE ANDA-YBARRA, El Paso Field Office Director for Immigration and Customs Enforcement; and TODD BLANCHE, Acting U.S. Attorney General,

     Respondents.

Case No. 1:26-cv-01305-MIS-GJF

**<u>ORDER DISMISSING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS</u>**

THIS MATTER is before the Court on the Federal Respondents' ("Respondents") Status Report of May 14, 2026.  ECF No. 12.

On April 27, 2026, Petitioner Luis Angel Del Sol Sacarias filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition"). ECF No. 1.

On April 28, 2026, the Court issued an Order requiring Respondents to Show Cause why the Petition should not be granted.  ECF No. 6.

On May 12, 2026, Respondents filed a Response to the Petition stating that "[t]he Department of Homeland Security has determined that Petitioner is admissible to the United States beyond a reasonable doubt and is entitled to admission[,]" "Petitioner was also found to be statutorily eligible for adjustment under the Cuban Adjustment Act[,]" and "Petitioner is anticipated to be released from custody May 13, 2026."  ECF No. 10 at 1-2.

On May 13, 2026, the Court issued an Order instructing Respondents to file a Status Report by 2:00 pm on May 14, 2026, "advising the Court as to the status of Petitioner's release." ECF No. 11.

On May 14, 2026, Respondents filed the instant Status Report stating that Petitioner was released from federal custody on May 13, 2026. ECF No. 12 at 1.

Because Petitioner is no longer "in custody" for purposes of 28 U.S.C. § 2241, it is **HEREBY ORDERED** that Luis Angel Del Sol Sacarias's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED AS MOOT**, all pending motions are **DENIED AS MOOT**, and this case is now **CLOSED**.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE

2